IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER JONES,

           JUDGMENT IN A CIVIL CASE

    Plaintiff,

           15-cv-831-bbc

v.

ANDREA NELSON,
LESLIE BAIRD (CHAPIN),
BRIAN NEUMAIER, JEREMIAH MILLARD,
ANDREW HOWELL and
JONATHAN VETTER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Andrea Nelson, Lesley Baird (Chapin), Brian Neumaier, Jeremiah Millard, Andrew Howell and Jonathan Vetter, granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

| /s/ | 7/24/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |