UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2017 AUG -3 AM 9:52
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

CHRISTOPHER JONES,

    Plaintiff,

vs.                            Case No. 15-cv-831-bbc

ANDREA NELSON, et al.,

    Defendants.

---

## NOTICE OF APPEAL

---

TO:    Office of the Clerk
       United States District Court
       Western District of Wisconsin
       120 N. Henry St.
       Madison, WI 53703

       Office of the Clerk
       United States Court of Appeals
       Seventh Circuit
       219 S. Dearborn St., Ste 2722
       Chicago, IL 60604

    Notice is hereby given that the plaintiff, Christopher Jones, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of the district court, dismissing plaintiff's claims without prejudice in this action on the 24th day of July, 2017.

    The district court's dismissal without prejudice is final for the purpose of 28 U.S.C.S. §1291 jurisdiction, See Hernandez v. Dart, 814 F.3d 836 (7th Cir. 2016).

Dated:    July 26 , 2017

                                            Respectfully submitted,

                                            Christopher Jones
                                            Jackson Corr. Inst
                                            PO Box 233
                                            Black River Falls, WI 54615